# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137180

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JUDD H. HART, ALICIA HART, DOUGLAS
FILO, MARA FILO, LOUIS WARNER, and
DONALDA WARNER,
          Plaintiffs-Appellants,

v

SC: 137180
COA: 284235
Cheboygan CC: 02-006981-CH

LISA ANDERSON, GALE S. RODGERS,
JEANETTE A. RODGERS, BETTY RODGERS,
RODGERS FAMILY LIVING TRUST, and
GRANDVIEW BEACH ASSOCIATION,
          Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the May 1, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

s1117